RECEIVED
APR X 9 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NON-NEGOTIABLE

[A]FFIDAVIT
OF
CLAIMS IN REDRESS RIGHT

NOITICE TO AGENTS IS NOTICE TO PRINCIPALS IN THEIR PRIVATE CAPACITY
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS IN THEIR PRIVATE CAPACITY

ALL SUCCESSORS AND ASSIGNS
SILENCE IS ACQUIESCENC

| | |
|---|---|
| Eugene N Arnold III | ) |
| .Vs | ) ) ) 15CV3122 |
| | ) JUDGE COLEMAN |
| REAL ID | ) MAG. JUDGE SCHENKIER |
| | ) ) ) |

Now comes Eugene Arnold III ©Authorized Representative of the all Capitalized named fiction ™ EUGENE NATHANIEL ARNOLD III © In Propria In Personna Sui Juris and invokes the common law right Pursuant to Title 18 § 1746-1. I formulate this Affidavit as a Man born upon the dry land of this nation and I firmly believe the act of my live birth as being wholly natural and not having arisen as a privilege granted by "this state" of the forum and permits me to speak to the subject in question, namely what I suspect and believe to be the procedural portal and remedy for myself in the flesh to access my inherent, and thereby secured, natural rights pursuant to the reliance upon the aforesaid reservation of rights without prejudice as provided at UCC 1-308.

1. I Eugene N Arnold III after a close investigation of my credit files state for the record that there have been unauthorized Credit Report Inquiries made on my Account by the following entities: Please provide the debt validation letter, or (ORIGINAL) contract with my name signature and SSN on it stating I Eugene N Arnold III Authorized you to check my credit.
2. .Attached (Exhibit A) are the records that show these Credit Inquiries were made. The above name entities and their agents have no lawful or legal authority to make inquiries into my credit files.
3. Pursuant to USC Title 15 section 1681 n Civil Liability for Willful Noncompliance the parties are responsible for noncompliance with the FCRA. It states,
a) In general
Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—

(1)
**(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or**
**(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;**
(2) such amount of punitive damages as the court may allow; and
(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.
(b) Civil liability for knowing noncompliance
**Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.**

4. The Above named entities are responsible for non-compliance and owe me 1,000$ per violation.

# Demand for Remedy.

I demand that the following parties stop all unlawful illegal and unauthorized Credit report inquiries.
I demand all Credit Reporting agencies remove these inquiries immediately and send an updated report to me certifying the proof of the removal of the unauthorized inquiries.
I demand all entities via their agent CEOs provide the legal remedy for the violation or face prosecution for violating the law.

1) I am mentally competent to make these statements of fact and I do recognize right from wrong. If the statements herein damage anyone, if he/she/or they will inform me by facts in affidavit form I will sincerely make every effort to amend my declaration to suit the truth and facts made. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that will controvert and overcome this affidavit advise me in written affidavit form providing me with your counter affidavit demonstrating with particularity by stating all requisite actual evidentiary facts and all requisite actual law and not merely undetailed irrelevant facts or inconclusive irrelevant facts of law. If the counter affidavit is substantially and materially false and made in order to attempt to not address my claims, then the counter affidavit will stand as unfounded and may be subject to *penalty of perjury*. Your silence stands as consent and as implied and tacit approval of the factual declarations herein being established as fact as a matter of law.

I, Eugene N Arnold III Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Made pursuant to the Constitution for the United States of America all laws in pursuance thereof and Title 28USCA Section 1746]

UCC 1-308 which was formally UCC 1-207.
"§ 1-308. Performance or Acceptance Under Reservation of Rights.

## NOTARY PUBLIC

by: EUGENE N ARNOLD
*Eugene [signature]*

State _Illinois_ County _Cook_
Subscribed and sworn to before me, a Notary Public, the above signed
This ___7___ day of ___April___, ___2015___ year

_LaTachia Poe [signature]_
Notary Public

MY COMMISSION EXPIRES: _02-24-2018_

"OFFICIAL SEAL"
LaTACHIA POE
Notary Public - State of Illinois
My Commission Expires February 24, 2018

Further Affiant says not. Notice to respond, Eugene Nathaniel Arnold III the Authorized Representative of EUGENE NATHANIEL ARNOLD grants Respondent **15** days, exclusive of the day of receipt, to respond to the statements, claims, inquiries and requests above. Failure to respond will constitute, as an operation of Law, the admission of Respondent by tacit procuration to the statements, claims, answers to inquiries and requests provided above.

Said statements, claims, answers to inquiries and requests shall be deemed **STARE DECISIS**. All injuries mentioned in this affidavit can be found in the USC United States Code of Law. In the event Respondent defaults to Eugene Nathaniel Arnold III the Authorized Representative of ™EUGENE NATHANIEL ARNOLD's © administrative process, Respondent may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding. Respondent's response must be served upon Petitioner exactly as provided.

## TRUE BILL

1. Violation of FDCP laws ................................. $ 2,000.00

2. Fraudulent statement & misrepresentation $ 3,000.00 U.S.C. Title 18 Section 1001

3. Deprivation of Due Process ............................. $ 1,000.00

**Total amount of damages**......................................... = **$11,000.00**
**Compensatory damages**............................... = **$1,000.00**
**Punitive damages**.........................................= **$ 4,000.00**

## FOR SETTLEMENT OFFER

**EUGENE NATHANIEL ARNOLD III**
**8156 SOUTH DREXEL AVE**
**APT # 2**
**CHICAGO, ILLINOIS 60619**
**(312) 877- 4751**
**FAX (872) 818- 5082**
**SUPREMEEUGENE@YAHOO.COM**



Deceptive Practice Financial ID Theft over $300
HY209882

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT** THIS IS NOT AN OFFICIAL POLICE REPORT. IT IS FOR INFORMATION PURPOSES ONLY

INCIDENT: Deceptive Practice Financial ID Theft Over IUCR CODE 1154  R D No HY209-2015  DATE/TIME OF OCCURRENCE 10/7 - FEB/ 2017 - 2015  090

NAME OF VICTIM/COMPLAINANT: Eugene Arnold   BEAT/UNIT OF ASSIGN. 202   BEAT OF OCCUR 631

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information. Date _____ Time _____ Court Branch _____ Court Loc. _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed*

**TO REPORT ADDITIONAL INFORMATION**
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|
| AREA CENTRAL ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH ☒ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8274 |
| AREA NORTH ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB SECTION ☐ (312) 746-7180 | ARSON SECTION ☐ (312) 746-7618 | |

**MISSING PERSONS LOCATED**
☐ When persons reported missing are located or have returned, the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 747-5789 or (312) 747-2881.

**COPY OF THE REPORT**
The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE-CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number.

**MAKE THE RIGHT CALL**
To report a crime in progress or other emergency that requires immediate police response, call 911.
To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS) SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at
http://www.chicagopolice.org.

You live on Beat _____
Your next Beat Community Meeting will be held on (date / time) _____
at (location) _____

CPD-11.383 (Rev. 5/13)-English

**TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)**
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**
If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| 14,15,16,17,25 | Branch 23 | 5555 W Grand Ave |
| 1,18,19,20,24 | Branch 29 | 2452 W Belmont Ave |
| 2,7,8,9 | Branch 34 | 155 W 51st St |
| 3,4,5,6,22 | Branch 35 | 727 E 111th St |
| 10,11,12 | Branch 43 | 3150 W Flournoy St |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor

**AUTOMATED VICTIM NOTIFICATION (AVN)**
The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim or if deceased a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581 or 1-800-228-3368. TTY 1-877-398-1130 or email at crimevictimservices@atg.state.il.us

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**