**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Eugene N. Arnold
,

Plaintiff(s),

v.

Reil ID,

Defendant(s).

Case No.  15 C 3122
Judge  Sharon Johnson Coleman

## <u>ORDER</u>

Pursuant to FRCvP 41(a)(1)(A)(i), this action is hereby dismissed without prejudice.  If there is no motion to reinstate by 7/22/2015, the dismissal will automatically convert to a dismissal with prejudice.  Plaintiff's application for leave to proceed in forma pauperis [6] is stricken as moot.


Date:  4/23/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge